1  Rebekah S. Guyon (SBN 291037)
   *Rebekah.Guyon@gtlaw.com*
2  Lori Chang (SBN 228142)
   *ChangL@gtlaw.com*
3  David H. Marenberg (SBN 329954)
4  *MarenbergD@gtlaw.com*
   GREENBERG TRAURIG, LLP
5  1840 Century Park East, 19th Floor
   Los Angeles, CA 90067-2121
6  Tel: 310-586-7700; Fax: 310-586-7800
7
   Attorneys for Defendants Vision Service Plan,
8  VSP Ventures, LLC, VSP Ventures
   Management Services, LLC, and VSP
9  Ventures Optometric Solutions, LLC

10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13                          **SACRAMENTO DIVISION**

14

| | |
|---|---|
| 15  BRIAN TASH on behalf of himself and all others similarly situated, | CASE 2:25-CV-00762-DJC-JDP |
| 16 | |
| 17           Plaintiff,<br>     v. | **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT BY 58 DAYS** |
| 18  VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC, | |
| 19 | Date of Service:        March 24, 2025<br>Current Response Date:   April 14, 2025<br>New Response Date:       June 11, 2025 |
| 20 | |
| 21 | |
| 22           Defendants. | |
| 23 | Assigned to:   Judge Daniel J. Calabretta |

24

25

26

27

28

Pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 144(a), and section IV of the Court's Standing Order (ECF No. 3-1), Plaintiff Brian Tash and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("VSP") (collectively, the "Parties"), by and through their respective counsel, respectfully request that the Court approve the Parties' stipulation to extend the time for VSP to respond to the Complaint ("Complaint") by 58 days to June 11, 2025. In support of this stipulation, the Parties state as follows:

Plaintiff filed the Complaint on March 6, 2025 (ECF No. 1).

Plaintiff served VSP with a copy of the Complaint on March 24, 2025.

VSP's current deadline to respond to the Complaint is April 14, 2025.

Counsel for VSP seeks additional time to investigate the factual and legal issues raised by Plaintiff in the Complaint prior to filing a responsive pleading.

Lead counsel for VSP, Rebekah S. Guyon, will be taking maternity leave during at least April and May 2025.

Counsel for the Parties conferred on April 3, 2025, and determined that it would serve the interests of efficiency to extend VSP's response date by 58 days in light of lead counsel's upcoming maternity leave, and to allow the Parties additional time to investigate their respective claims and defenses and explore resolutions that may minimize or obviate the need for motion practice.

Local Rule 144(a) permits the Parties to initially stipulate to extend the time to respond to the Complaint by no more than twenty-eight (28) days without approval of the Court. The Parties also agree that good cause exists to extend the deadline an additional thirty (30) days, based on the facts set forth in this stipulation. This extension is not sought to unduly delay the proceedings and will not prejudice any Party.

No extensions have previously been sought by the Parties, and no further dates have been set by the Court in this case.

//

//

For these reasons, the parties jointly stipulate and request that the Court extend the deadline for VSP to respond to the Complaint by 58 days to June 11, 2025.

Dated:  April 4, 2025                    MILBERG COLEMAN BRYSON PHILLIPS
                                         GROSSMAN, PLLC


                                         By:  /s/  John J. Nelson (as authorized on April 3, 2025)
                                         John J. Nelson
                                         402 W. Broadway, Suite 1760
                                         San Diego, CA 92101
                                         Telephone: 858-209-6941
                                         Email: jnelson@milberg.com

                                         Heather Lopez
                                         148 Dolphin Ct.
                                         American Canyon, CA 94589
                                         Telephone: 707-334-3727
                                         Email: hlopez@milberg.com

                                         Attorneys for Plaintiff Brian Tash


Dated:  April 4, 2025                    GREENBERG TRAURIG, LLP


                                         By:  /s/  Rebekah S. Guyon
                                         Rebekah S. Guyon
                                         Lori Chang
                                         David H. Marenberg
                                         1840 Century Park East, 19th Floor
                                         Los Angeles, CA 90067
                                         Tel: 310-586-7700; Fax: 310-586-7800
                                         Email: Rebekah.Guyon@gtlaw.com
                                                ChangL@gtlaw.com
                                                MarenbergD@gtlaw.com

                                         Attorneys for Attorneys for Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC

## ORDER

The Court, having considered the stipulation between Plaintiff Brian Tash and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("VSP"), and for good cause shown, HEREBY ORDERS that:

VSP shall respond to the Complaint on or before June 11, 2025.

**IT IS SO ORDERED.**

Dated: April 4, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE