Rebekah S. Guyon (SBN 291037)
*Rebekah.Guyon@gtlaw.com*
Lori Chang (SBN 228142)
*ChangL@gtlaw.com*
David H. Marenberg (SBN 329954)
*MarenbergD@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendants Vision Service Plan, VSP
Ventures, LLC, VSP Ventures Management
Services, LLC, and VSP Ventures Optometric
Solutions, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN TASH on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>        Defendants. | CASE 2:25-CV-00762-DJC-JDP<br><br>**SECOND STIPULATED REQUEST TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**<br><br>Date of Service:     March 24, 2025<br>Current Response Date:  June 11, 2025<br>New Response Date:    July 11, 2025<br><br><br>Assigned to:    Judge Daniel J. Calabretta |

Pursuant to Fed. R. Civ. P. 6(b)(1), 42(a), Local Rule 144(a), and section IV of the Court's Standing Order (ECF No. 3-1), Plaintiff Brian Tash and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and request that the Court enter an order extending Defendants' deadline to respond to the Complaint by thirty (30) days to July 11, 2025. In support of this stipulated request, the Parties state as follows:

Plaintiff filed the Complaint on March 6, 2025. ECF No. 1.

Plaintiff served Defendants with a copy of the Complaint on March 24, 2025.

Defendants' current deadline to respond to the Complaint in *Tash* is June 11, 2025.

On June 5, 2025, a separate putative class action lawsuit was filed in this same district against Defendants. *See Peter Hahn v. Vision Service Plan a/k/a VSP Global et al.*, Case No. 2:25-cv-01580-JAM-JDP, ECF No. 1 (E.D. Cal. filed June 5, 2025) ("*Hahn* Complaint"). The *Hahn* Complaint asserts substantially the same claims based on substantially the same allegations as the instant action. *See* Defendants' Notice of Related Case, ECF No. 15.

In light of this new development, and to avoid unnecessary duplicative efforts in the two related cases, counsel for the parties are conferring regarding the possibility of consolidating this action and *Hahn*, which would serve the interests of judicial efficiency and eliminate the potential risk of inconsistent rulings and judgments. As Defendants have not yet filed a responsive pleading in *Tash*, and both *Tash* and *Hahn* are generally at the same stages of litigation where the pleadings in both have not yet been settled, the parties believe and respectively submit that the requested relief will not cause undue delay.

Accordingly, pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure 6(b)(1), the parties agree that good cause exists to extend Defendants' deadline to file a responsive pleading by an additional thirty (30) days so that the parties can explore the consolidation of the two actions. An extension of Defendants' deadline to respond to the Complaint is likely to obviate unnecessary motion practice with respect to the Complaint, which would likely be rendered moot upon the filing of a consolidated amended complaint if the cases are consolidated. Further, the proposed stipulation is not sought to unduly delay the proceedings and will not prejudice any party.

The Court previously granted the parties' stipulated request to extend Defendants' deadline to

711862377

respond to the Complaint by 58 days. ECF No. 13. No further dates have been set by the Court in this case.

For these reasons, the parties jointly stipulate and request that the Court extend the deadline for Defendants to respond to the Complaint by thirty (30) days to July 11, 2025.

Dated:  June 10, 2025                    MILBERG COLEMAN BRYSON PHILLIPS

GROSSMAN, PLLC


By:  _/s/  Heather Lopez (as authorized on April 3, 2025)_
       John J. Nelson
       402 W. Broadway, Suite 1760
       San Diego, CA 92101
       Telephone: 858-209-6941
       Email: jnelson@milberg.com

       Heather Lopez
       148 Dolphin Ct.
       American Canyon, CA 94589
       Telephone: 707-334-3727
       Email: hlopez@milberg.com

       Attorneys for Plaintiff Brian Tash


Dated:  June 10, 2025                    GREENBERG TRAURIG, LLP


By:  _/s/  Lori Chang_
       Rebekah S. Guyon
       Lori Chang
       David H. Marenberg
       1840 Century Park East, 19th Floor
       Los Angeles, CA 90067
       Tel: 310-586-7700; Fax: 310-586-7800
       Email: Rebekah.Guyon@gtlaw.com
              ChangL@gtlaw.com
              MarenbergD@gtlaw.com

       Attorneys for Attorneys for Defendants Vision Service Plan,
       VSP Ventures, LLC, VSP Ventures Management Services,
       LLC, and VSP Ventures Optometric Solutions, LLC

STIPULATED REQUEST TO EXTEND DEADLINE TO RESPOND AND ORDER
711862377

## <u>ORDER</u>

The Court, having considered the stipulation between Plaintiff Brian Tash and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants"), and for good cause shown, HEREBY ORDERS that:

Defendants' deadline to respond to the Complaint is extended by thirty (30) days to July 11, 2025.

**IT IS SO ORDERED.**

Dated:  June 10, 2025                                           /s/ Daniel J. Calabretta
                                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                                       UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO EXTEND DEADLINE TO RESPOND AND ORDER

711862377