

United States District Court
Eastern District of California

| Brian Tash, et al. | Case Number: 2:25-cv-00762-DJC-JDP |

Plaintiff(s)

V.

| Vision Services Plan a/k/a VSP Global, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gwyneth F. Lietz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Peter Hahn

On 11/06/2024 (date), I was admitted to practice and presently in good standing in the State Bar of Illinois (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/15/2025         Signature of Applicant: /s/ Gwyneth F. Lietz

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Gwyneth F. Lietz |
| Law Firm Name: | Wexler Boley & Elgersma LLP |
| Address: | 311 S. Wacker Drive, Suite 5450 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 346-2222 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | gfl@wbe-llp.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dennis Stewart |
| Law Firm Name: | Gustafson Gluek PLLC |
| Address: | 600 West Broadway, Suite 3300 |
| City: | San Diego    State: CA    Zip: 92101 |
| Phone Number w/Area Code: | (619) 987-4250    Bar #: 99152 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE