John J. Nelson (SBN 317598)
Heather M. Lopez (SBN 354022)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com
hlopez@milberg.com

Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

*Attorneys for Plaintiffs and Proposed Class*
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN TASH and PETER HAHN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>    Defendants. | CASE 2:25-CV-00762-DJC-JDP<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT AND DEFENDANTS' DEADLINE TO FILE THEIR REPLY; ORDER**<br><br>Assigned to:   Judge Daniel J. Calabretta |

Pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 144(a), and section IV of the Court's Standing Order (ECF No. 3-1), plaintiffs Brian Tash ("Tash"), Peter Hahn ("Hahn"), and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and request that the Court enter an order: (1) extending Plaintiffs' deadline to file their responses in opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint and concurrently filed Request for Judicial Notice ("Motion to Dismiss") until November 6, 2025; and (2) extending Defendants' deadline to file their reply in support of the Motion to Dismiss until December 3, 2025. In support of this stipulated request, the Parties state as follows:

On July 14, 2025, the Court granted the Parties' Amended Stipulated Request to Consolidate and Set Related Deadlines. ECF No. 21.

Plaintiffs filed their Consolidated Class Action Complaint on August 28, 2025. ECF No. 33.

Defendants filed their Motion to Dismiss on October 6, 2025. ECF No. 34 and 35.

At present, Plaintiffs' response is due by October 20, 2025, and Defendants' reply is due by October 30, 2025. Local Rule 230(c)-(d).

Federal Rule of Civil Procedure 6(b)(1) allows the Court to extend deadlines for good cause shown. The Parties agree that good cause exists here based on the complex nature of the litigation. The proposed stipulations and extensions are not sought to unduly delay the proceedings, will not prejudice any Party, and are requested to allow the Parties additional time to investigate their respective claims and defenses. Additionally, under the proposed modified schedule, the Parties' briefs will still be filed approximately two weeks prior to the Court's hearing on the Motion to Dismiss, which is currently set for December 18, 2025.

For these reasons, the Parties jointly stipulate and request that the Court extend the Parties' briefing deadlines on Defendants' Motion to Dismiss the Consolidated Class Action Complaint as follows:

| | |
|---|---|
| Deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss | November 6, 2025 |
| Deadline for Defendants to file their reply brief | December 3, 2025 |

The Parties respectfully request that this Stipulation be granted by signing the accompanying

proposed order.

Dated: October 15, 2025

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By: /s/ Heather M. Lopez
John J. Nelson (SBN 317598)
Heather M. Lopez (SBN 354022)
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com
hlopez@milberg.com

*Attorneys for Plaintiff Brian Tash*

Dated: October 15, 2025

GUSTAFSON GLUEK PLLC

By: /s/ Dennis Stewart
Dennis Stewart
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Mary M. Nikolai (*pro hac vice forthcoming*)
Bailey Twyman-Metzger (*pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
mnikolai@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Kenneth A. Wexler (*pro hac vice forthcoming*)
Justin N. Boley (*pro hac vice forthcoming*)
Zoran Tasić (*pro hac vice forthcoming*)
Gwyneth F. Lietz (*pro hac vice forthcoming*)
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

2
STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

|   |   |
|---|---|
| 1 | kaw@wbe-llp.com |
| 2 | jnb@wbe-llp.com |
|   | zt@wbe-llp.com |
| 3 | gfl@wbe-llp.com |

Brett Cebulash (*pro hac vice forthcoming*)
Kevin Landau (*pro hac vice forthcoming*)
Joshua Hall (*pro hac vice forthcoming*)
TAUS, CEBULASH & LANDAU, LLP
123 William St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
bcebulash@tcllaw.com
klandau@tcllaw.com
jhall@tcllaw.com

*Attorneys for Plaintiff Peter Hahn*

Dated: October 15, 2025                    GREENBERG TRAURIG, LLP

By:  /s/ Rebekah S. Guyon
Rebekah S. Guyon
Lori Chang
David H. Marenberg
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800
Email: Rebekah.Guyon@gtlaw.com
            ChangL@gtlaw.com
            MarenbergD@gtlaw.com

*Attorneys for Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC*

**ORDER**

The Court, having considered the stipulation between Plaintiffs Brian Tash and Peter Hahn and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants"), and for good cause shown, HEREBY ORDERS that:

1. Plaintiffs shall file their response in opposition to Defendants' Motion to Dismiss on or before November 6, 2025.
2. Defendants shall file their reply in support of their Motion to Dismiss on or before December 3, 2025.

**IT IS SO ORDERED.**

Dated:  October 15, 2025                                       /s/ Daniel J. Calabretta
                                                               THE HONORABLE DANIEL J. CALABRETTA
                                                               UNITED STATES DISTRICT JUDGE