Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (866) 252-0878
*hlopez@milberg.com*

Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
*dstewart@gustafsongluek.com*

*Attorneys for Plaintiffs and Proposed Class*
*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN TASH and PETER HAHN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-CV-00762-DJC-JDP<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Assigned to: Hon. Daniel J. Calabretta |

On December 15, 2025, Judge Consuelo B. Marshall of the United States District Court for the Central District of California issued an opinion in *Casillas v. Six Flags Ent. Corp.*, No. 2:25-CV-6824-CBM-PD, 2025 WL 3684543 (C.D. Cal. Dec. 15, 2025) ("*Casillas*"), denying the defendant's motion to dismiss in similar case where the plaintiff alleged that the defendant's third-party website trackers acted as wiretaps or pen registers when they covertly monitored how users of the Cedar Point website interacted with various webpages run by the defendant. *Casillas*, attached as **Exhibit A**, is relevant to the arguments raised in Plaintiffs' Response in Opposition to the Defendants' Motion to Dismiss, Dkt. No. 39 ("Plaintiffs' Response").

In *Casillas,* like here, the plaintiff alleged that she was tracked by websites in a similar manner, through third-party tracking software, which forwarded the contents of her interactions with the defendants—such as search queries—to third-party companies. The *Casillas* court found that the plaintiff's allegations stated claims under the ECPA, California common law, and the CIPA. *Casillas* is relevant to arguments raised in Plaintiffs' Response. *See Casillas* at *5 and Plaintiffs' Response at 8 regarding the ECPA; *Casillas* at *6 and Plaintiffs' Response at 12 regarding common law claims; *Casillas* at *6–8 and Plaintiffs' Response at 16–18 regarding CIPA § 631(a); and *Casillas* at *8–9 and Plaintiffs' Response at 19–21 regarding CIPA § 638.51. Accordingly, the Plaintiff hereby submits this decision as support for denying Defendants' motion to dismiss this case.

Date: January 7, 2026,

Respectfully submitted,

/s/ Heather M. Lopez
Heather M. Lopez (SBN 354022)
Michael Acciavatti *(admitted Pro Hac Vice)*
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (866) 252-0878
*hmlopez@milberg.com*

Daniel O. Herrera*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*dherrera@caffertyclobes.com*

Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel C. Hedlund
Daniel J. Nordin
Mary M. Nikolai
Bailey Twyman-Metzger
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
mnikolai@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Kenneth A. Wexler
Justin N. Boley
Zoran Tasić
Gwyneth F. Lietz
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222

Facsimile: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com
gfl@wbe-llp.com

Brett Cebulash *
Kevin Landau *
Joshua Hall *
**TAUS, CEBULASH & LANDAU, LLP**
123 William St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
bcebulash@tcllaw.com
klandau@tcllaw.com
jhall@tcllaw.com

*Counsel for Plaintiffs and the Putative Class*

* *(Pro hac vice forthcoming)*