Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
*dstewart@gustafsongluek.com*

Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
hmlopez@milberg.com

*Attorneys for Plaintiffs and Proposed Class*
*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN TASH and PETER HAHN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-CV-00762-DJC-JDP<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Assigned to: Hon. Daniel J. Calabretta |

Plaintiffs Brian Tash and Peter Hahn ("Plaintiffs") hereby submit this Response to Defendants' Notice of Supplemental Authority to briefly highlight a key distinction between the supplemental authority offered by Defendants and this case, *Dawidzik v. Tesla, Inc.*, No. 5:25-cv-01982, 2025 WL 3786963 (C.D. Cal. Dec. 29, 2005) ("*Dawidzik*").

In *Dawidzik*, the plaintiff alleged that "Defendant intentionally embedded the [tracking pixels] on Plaintiff's [browser] for the purpose of sharing Plaintiff's personal signaling, routing[,] and addressing information." *Dawidzik*, at *2. In reaching its conclusion, the *Dawidzik* court noted the plaintiff "appears to concede his allegations do not concern 'specific, sensitive information." *Id.*, at *5. In this case, however, Plaintiffs have alleged that Defendants are intercepting sensitive information, e.g., the contents of Plaintiffs' search queries related to seeking medical treatment. Accordingly, Plaintiffs respectfully submit that the reasoning of *Dawidzik* is of limited utility to this case.

Date: January 23, 2026

Respectfully submitted,

*<u>/s/ Heather M. Lopez</u>*
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
hmlopez@milberg.com

Michael Acciavatti*
**MILBERG, PLLC**
405 East 50th Street
New York, NY 10022
Telephone: (212) 594-5300
macciavatti@milberg.com

Daniel O. Herrera (*pro hac vice forthcoming*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*dherrera@caffertyclobes.com*

Daniel C. Hedlund*
Daniel J. Nordin*

Bailey Twyman-Metzger*
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Kenneth A. Wexler*
Justin N. Boley*
Zoran Tasić*
Gwyneth F. Lietz*
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com
gfl@wbe-llp.com

Brett Cebulash (*pro hac vice forthcoming*)
Kevin Landau (*pro hac vice forthcoming*)
**TAUS, CEBULASH & LANDAU, LLP**
123 William St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703
bcebulash@tcllaw.com
klandau@tcllaw.com
jhall@tcllaw.com

*Counsel for Plaintiffs and the Putative Class*

* *(admitted pro hac vice)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23 2026, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Heather M. Lopez*
Heather M. Lopez