Rebekah S. Guyon (SBN 291037)
*Rebekah.Guyon@gtlaw.com*
Lori Chang (SBN 228142)
*ChangL@gtlaw.com*
David H. Marenberg (SBN 329954)
*MarenbergD@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendants Vision Service Plan a/k/a VSP Global, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

BRIAN TASH and PETER HAHN, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,

Defendants.

CASE NO.: 2:25-CV-00762-DJC-JDP

**DEFENDANTS' OBJECTION TO PLAINTIFFS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Assigned to: Hon. Daniel J. Calabretta

Defendants Vision Service Plan a/k/a VSP Global, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Venture Optometric Solutions, LLC (collectively, "Defendants") write briefly to object to Plaintiffs' Response to Defendants' Notice of Supplemental Authority (ECF No. 46). The local rules and Court's standing order do not allow for supplemental briefing in connection with a Notice of Supplemental Authority. L.R. 230(m). Thus, Plaintiffs' Response is improper and should be stricken.

To the extent the Court considers' Plaintiffs' improperly-filed Response, VSP requests that the Court also consider the arguments set forth on pages 4-5, 8-11 of VSP's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and Memorandum of Points and Authorities (ECF No. 34) and pages 1-2 and 6 of VSP's Reply in Support of Motion to Dismiss Complaint (ECF No. 41), which thoroughly address why Plaintiffs' attempt to distinguish *Dawidzik v. Tesla, Inc.*, No. EDCV 25-01982-KK-SPx, 2025 WL 3786963 (C.D. Cal. Dec. 29, 2025) fails.

Dated: February 5, 2026

GREENBERG TRAURIG, LLP

By: *<u>/s/ Rebekah S. Guyon</u>*

Rebekah S. Guyon
Lori Chang
David H. Marenberg
Attorneys for Defendants Vision Service Plan a/k/a VSP Global, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC