Dennis Stewart, CA Bar No. 99152
GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Heather M. Lopez (SBN 354022)
MILBERG, PLLC
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
hlopez@milberg.com

*Attorneys for Plaintiffs and Proposed Class*
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN TASH and PETER HAHN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>Defendants. | CASE 2:25-CV-00762-DJC-JDP<br><br><br>**STIPULATED REQUEST FOR ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE AN AMENDED CONSOLIDATED COMPLAINT AND DEFENDANTS' DEADLINE TO FILE THEIR OPPOSITION; ORDER**<br><br>Assigned to:    Judge Daniel J. Calabretta |

STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 144(a), and section IV of the Court's Standing Order (ECF No. 3-1), plaintiffs Brian Tash ("Tash"), Peter Hahn ("Hahn"), and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and request that the Court enter an order: (1) extending Plaintiffs' deadline to file an Amended Consolidated Complaint that attempts to address the deficiencies identified by the Court's April 14, 2025 Order (ECF No. 48); and (2) extending Defendants' deadline to answer or otherwise plead in response to the Amended Consolidated Complaint. In support of this stipulated request, the Parties state as follows:

On July 14, 2025, the Court granted the Parties' Amended Stipulated Request to Consolidate and Set Related Deadlines. ECF No. 21.

Plaintiffs filed their Consolidated Complaint on August 28, 2025. ECF No. 33.

Defendants filed their Motion to Dismiss the Consolidate Complaint and Request for Judicial Notice on October 6, 2025. ECF Nos. 34 and 35. Plaintiffs opposed Defendants' Motion and Request for Judicial Notice (*see* ECF Nos. 39 and 40) and Defendants filed their Reply in Support. ECF Nos. 41 and 42.

On October 7 2025, the Court issued an order requiring the Parties to file a joint status report within 35 days of the Court's order on Defendants' Motion to Dismiss. ECF No. 36.

On April 14, 2026, the Court granted Defendants' Motion to Dismiss the Consolidate Complaint but allowed Plaintiffs leave to amend and denied Defendants' Request for Judicial Notice. ECF No. 48. The Court's Order did not set a date certain by which Plaintiffs were required to file an Amended Consolidated Complaint.

Plaintiffs have advised Defendants that they intend to file an Amended Consolidated Complaint that not only addresses the deficiencies identified by the Court's April 14, 2026 Order, but also adds new claims and parties. Plaintiffs have not advised Defendants of the nature of the new claims and new parties that they intend to include in any amended complaint. Defendants do not stipulate to the filing of an amended complaint that adds new claims and parties not included in the Consolidated Complaint, but Defendants are willing to meet and confer with Plaintiffs, in accordance with Section I(C) of this Court's Standing Order, regarding any motion to file an amended complaint under Fed. R. Civ. P. 15.

STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

724219152

The Parties have conferred and agreed to the following schedule:

- Plaintiffs will file their Amended Consolidated Complaint that attempts to address the deficiencies identified by the Court's April 14, 2025 Order, but does not add new parties or claims absent authorization from the Court or stipulation by Defendants, by June 15, 2026.

- The Parties will meet and confer on Plaintiffs' proposed amendments to the Consolidated Complaint to add new claims and new parties in accordance with Section I(C) of this Court's Standing Order and Fed. R. Civ. P. 15.

- Defendants will answer or otherwise plead in response to any Amended Consolidated Complaint filed by Plaintiffs within sixty (60) days of its filing.

- The Parties jointly request a continuance of the deadline for the Parties to file a joint status report (*see* ECF No. 36) currently set for May 19, 2026, until 35 days after the resolution of a motion to dismiss or Defendants' filing of an answer, whichever is later.

Federal Rule of Civil Procedure 6(b)(1) allows the Court to extend deadlines for good cause shown. The request for the schedule proposed above is made to clarify the Parties' deadlines for amended pleadings. The Parties agree that good cause exists here based on the complex nature of the litigation. The proposed stipulations and extensions are not sought to unduly delay the proceedings, nor will they prejudice either Party.

The Parties respectfully request that this Stipulation be granted by signing the accompanying proposed order.

Dated:  May 20, 2026                    MILBERG, PLLC

By: */s/ Michael A. Acciavatti*
Michael A. Acciavatti (*pro hac vice*)
405 East 50th Street
New York, Ny 10022
Telephone: 212-594-5300
macciavatti@milberg.com

Heather Lopez
148 Dolphin Ct.
American Canyon, CA 94589
Telephone: 707-334-3727

STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

724219152

hlopez@milberg.com

Attorneys for Plaintiff Brian Tash

Dated:  May 20, 2026

By:  */s/ Dennis Stewart*
Dennis Stewart
GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Mary M. Nikolai (*pro hac vice forthcoming*)
Bailey Twyman-Metzger (*pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
mnikolai@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

Kenneth A. Wexler (*pro hac vice forthcoming*)
Justin N. Boley (*pro hac vice forthcoming*)
Zoran Tasić (*pro hac vice forthcoming*)
Gwyneth F. Lietz (*pro hac vice forthcoming*)
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
zt@wbe-llp.com
gfl@wbe-llp.com

Brett Cebulash (*pro hac vice forthcoming*)
Kevin Landau (*pro hac vice forthcoming*)
Joshua Hall (*pro hac vice forthcoming*)
TAUS, CEBULASH & LANDAU, LLP
123 William St., Suite 1900A
New York, NY 10038
Telephone: (212) 931-0704
Facsimile: (212) 931-0703

3

STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

724219152

bcebulash@tcllaw.com
klandau@tcllaw.com
jhall@tcllaw.com

Attorneys for Plaintiff Peter Hahn

Dated:  May 20, 2026                 GREENBERG TRAURIG, LLP


By: /s/ Rebekah S. Guyon
    Rebekah S. Guyon
    Lori Chang
    David H. Marenberg
    1840 Century Park East, 19th Floor
    Los Angeles, CA 90067
    Tel: 310-586-7700; Fax: 310-586-7800
    Email: Rebekah.Guyon@gtlaw.com
            ChangL@gtlaw.com
            MarenbergD@gtlaw.com

Attorneys for Defendants Vision Service Plan, VSP
Ventures, LLC, VSP Ventures Management Services, LLC,
and VSP Ventures Optometric Solutions, LLC

4
STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER
724219152

## ORDER

The Court, having considered the stipulation between Plaintiffs Brian Tash and Peter Hahn and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC ("Defendants"), and for good cause shown, HEREBY ORDERS that:

- Plaintiffs will file their Amended Consolidated Complaint that attempts to address the deficiencies identified by the Court's April 14, 2025 Order, but does not add new parties or claims absent authorization from the Court, or stipulation by Defendants, by June 15, 2026.

- The Parties will meet and confer on Plaintiffs' proposed amendments to the Consolidated Complaint to add new claims and new parties in accordance with Section I(C) of this Court's Standing Order and Fed. R. Civ. P. 15.

- Defendants will answer or otherwise plead in response to any Amended Consolidated Complaint filed by Plaintiffs within sixty (60) days of its filing.

- The Parties jointly request a continuance of the deadline for the Parties to file a joint status report (*see* ECF No. 36) currently set for May 19, 2026, until 35 days after the resolution of a motion to dismiss or Defendants' filing of an answer, whichever is later.

**IT IS SO ORDERED.**

Dated: May 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO EXTEND DEADLINES AND ORDER

724219152