Rebekah S. Guyon (SBN 291037)
*Rebekah.Guyon@gtlaw.com*
Lori Chang (SBN 228142)
*ChangL@gtlaw.com*
David H. Marenberg (SBN 329954)
*MarenbergD@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Defendants Vision Service Plan a/k/a VSP Global, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN TASH, LORI MCAVOY, and TYLER BAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES, LLC, VSP VENTURES MANAGEMENT SERVICES, LLC, and VSP VENTURES OPTOMETRIC SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-CV-00762-DJC-JDP<br><br>**STIPULATED REQUEST TO STAY VSP'S RESPONSE TO THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND RELATED MOTION TO DISMISS BRIEFING PENDING APPELLATE DECISION IN *VARIETY MEDIA, LLC v. SUPERIOR COURT*, NO. B350578, AND ORDER**<br><br>Assigned to: Hon. Daniel J. Calabretta |

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Section IV of the Court's Standing Order (ECF No. 3-1), and the Court's inherent authority to manage its docket, Plaintiffs Brian Tash ("Tash"), Lori McAvoy ("McAvoy"), and Tyler Baker ("Baker," and together with Tash and McAvoy, "Plaintiffs"), and Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC (collectively, "VSP" and together with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate and request that the Court stay VSP's deadline to respond to the Amended Consolidated Class Action Complaint ("ACAC"), including the filing and briefing of any motion to dismiss, pending a decision from the California Court of Appeal in *Variety Media, LLC v. Superior Court of the State of California*, No. B350578 (Cal. Ct. App. filed Nov. 21, 2025) (the "*Variety* Appeal").

WHEREAS, on June 15, 2026, Plaintiffs filed the Amended Consolidated Class Action Complaint ("ACAC"). ECF No. 52;

WHEREAS, VSP's deadline to respond to the ACAC is August 14, 2026. ECF No. 50;

WHEREAS, Plaintiffs' ACAC asserts, among other claims, a claim under California Penal Code § 638.51;

WHEREAS, the *Variety* Appeal also concerns a claim arising under California Penal Code § 638.51 and is presently pending before the California Court of Appeal;

WHEREAS, the *Variety* Appeal has been fully briefed, and oral argument is scheduled for August 25, 2026;

WHEREAS, this Court recently observed that it anticipates the California Court of Appeal will issue an opinion in the *Variety* Appeal within the next four months. *Haviland v. Rokt US Corp.*, No. 2:26-cv-00582-DJC-AC, 2026 WL 2279746, at *3 (E.D. Cal. Aug. 7, 2026);

WHEREAS, without agreeing as to the factual similarity, legal relevance, applicability, or ultimate effect of the *Variety* Appeal on this action, the Parties agree that temporarily staying the filing and briefing of VSP's anticipated motion to dismiss the ACAC until the California Court of Appeal issues its decision in the *Variety* Appeal may conserve the resources of the Court and the Parties;

WHEREAS, Plaintiffs' agreement to this limited accommodation does not constitute, and shall not be construed as, any admission, concession, waiver, or agreement by Plaintiffs concerning: (i) the similarity

between the facts, technologies, conduct, claims, or legal issues presented in the *Variety* Appeal and those presented in this action or any other action; (ii) whether the *Variety* Appeal is controlling, dispositive, persuasive, or otherwise applicable to any claim or defense in this action or any other action; (iii) the proper interpretation or application of California Penal Code § 638.51 or any other provision of CIPA; (iv) the merits of any claim or defense asserted here or elsewhere; or (v) whether a stay of motion practice, discovery, or any other proceedings would be appropriate in this or any other action;

WHEREAS, Plaintiffs' consent to the stay requested herein is limited to the particular circumstances of this action and shall not be construed as evidence of Plaintiffs' position concerning the relevance or applicability of the *Variety* Appeal to this or any other action, or the propriety of a stay in any other action, and VSP agrees that it will not cite or rely upon Plaintiffs' agreement to this Stipulation as evidence of any such position;

WHEREAS, Plaintiffs agree that they will not seek entry of default against VSP while this Stipulation is pending or during the limited extension of VSP's deadline to respond to the ACAC contemplated herein;

NOW, THEREFORE, the Parties jointly stipulate and respectfully request that the Court order that:

1. VSP's deadline to file its anticipated motion to dismiss the ACAC, and the briefing schedule associated with that motion, shall be stayed pending issuance of the California Court of Appeal's decision in the *Variety* Appeal; and
2. Within fourteen (14) days after issuance of the decision in the *Variety* Appeal, the Parties shall meet and confer and submit a proposed schedule for VSP's response to the ACAC and, if applicable, briefing on any motion to dismiss.

Dated: August 18, 2026

MILBERG, PLLC

By: */s/ Michael Acciavatti*

Michael Acciavatti
405 East 50th Street
New York, NY 10022
212-594-5300
macciavatti@milberg.com

Heather Lopez
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Fax: (865) 522-0049
hlopez@milberg.com

CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
Daniel O. Herrera
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
*dherrera@caffertyclobes.com*

GUSTAFSON GLUEK PLLC
Dennis Stewart
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-595-3299

Daniel C. Hedlund (*pro hac vice*)
Daniel J. Nordin (*pro hac vice*)
Mary M. Nikolai (*pro hac vice forthcoming*)
Bailey Twyman-Metzger (*pro hac vice*)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
mnikolai@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

WEXLER BOLEY & ELGERSMA LLP
Kenneth A. Wexler (*pro hac vice forthcoming*)
Justin N. Boley (*pro hac vice forthcoming*)
Zoran Tasić (*pro hac vice forthcoming*)
Gwyneth F. Lietz (*pro hac vice forthcoming*)
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: 312-346-2222
Facsimile: 312-346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com

zt@wbe-llp.com
gfl@wbe-llp.com

TAUS, CEBULASH & LANDAU, LLP
Brett Cebulash (*pro hac vice forthcoming*)
Kevin Landau (*pro hac vice forthcoming*)
Joshua Hall (*pro hac vice forthcoming*)
123 William St., Suite 1900A
New York, NY 10038
Telephone: 212-931-0704
Facsimile: 212-931-0703
bcebulash@tcllaw.com
klandau@tcllaw.com
jhall@tcllaw.com

Attorneys for Plaintiffs and Putative Class

Dated: August 18, 2026

GREENBERG TRAURIG, LLP

By: */s/ David H. Marenberg*

Rebekah S. Guyon
Lori Chang
David H. Marenberg
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310-586-7700; Fax: 310-586-7800
Rebekah.Guyon@gtlaw.com
ChangL@gtlaw.com
MarenbergD@gtlaw.com

Attorneys for Defendants Vision Service Plan, VSP Ventures, LLC, VSP Ventures Management Services, LLC, and VSP Ventures Optometric Solutions, LLC

**ORDER**

IT IS HEREBY ORDERED that the stipulation to stay the proceedings (ECF No. 53) is GRANTED. Within seven (7) days of the California Court of Appeals rendering a decision in *Variety Media*, the Parties are ordered to file a joint status report informing the Court of the decision and suggesting appropriate procedural next steps.

**IT IS SO ORDERED.**

Dated: August 18, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE